**United States District Court**

For the Northern District of California

1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

GRACE MILES,                                                No. C-06-1295 MMC

10

            Plaintiff,                               **ORDER DENYING MOTION TO
11                                                        REMAND; VACATING HEARING**

    v.
12                                                        (Docket No. 4)
ROYCE MAKASHIMA and A.G. EDWARDS
13  & SONS,

14          Defendants.

15  _____/

16

17          Before the Court is plaintiff's motion to remand the instant action to state court, filed

18  March 24, 2006 and renoticed for hearing June 23, 2006.  Defendants have filed an

19  opposition, to which plaintiff has replied.  Having considered the arguments in support of

20  and in opposition to the motion, the Court finds the matter appropriate for decision without

21  oral argument, see Civil L.R. 7-1(b), and hereby VACATES the June 23, 2006 hearing.

22          For the reasons set forth in defendants' opposition, plaintiff's motion to remand is

23  hereby DENIED.

24          This order terminates Docket No. 4.

25          **IT IS SO ORDERED.**

26
    Dated: June 14, 2006                          _____
27                                                     MAXINE M. CHESNEY
                                                       United States District Judge
28