IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE MILES, | No. C-06-1295 MMC |
| Plaintiff, | **ORDER STRIKING REQUEST/MOTION TO WITHDRAW REFERENCE** |
| v. | |
| ROYCE MAKISHIMA, et al., | |
| Defendants. | |

The Court is in receipt of plaintiff's "Request/Motion to Withdraw Reference and/or Judicial Notice," filed September 26, 2008 with the Clerk of the District Court.

The Request/Motion is not properly filed before this Court, as such requests/motions must be filed in the first instance with the Clerk of the Bankruptcy Court. See Bankr. L.R. 5011-2(a).[1]

Accordingly, the Request/Motion is hereby STRICKEN.

**IT IS SO ORDERED.**

Dated:  September 29, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] Additionally, the Request/Motion appears to be moot, in light of the Bankruptcy Court's having already remanded the action to state court.