UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

An Administrative Motion to Consider Whether Cases Should Be Related has been filed, stating that the following cases may be related within the meaning of Civil L.R. 3-12:

C 06-1295 MMC    Miles v. Makishima, et al.
C 08-4091 JSW    Miles v. Makishima, et al.
C 08-4375 MHP    Miles v. Makishima, et al.

ORDER

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a). Counsel are instructed that all future filings in the reassigned cases are to bear the initials **MMC** immediately after the case number. Any date previously set in a scheduling order remains in effect.

**DATED:** October 2, 2008

MAXINE M. CHESNEY
United States District Judge