United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GRACE MILES,

    Plaintiff,

  v.

ROYCE MAKISHIMA, et al.,

    Defendants.
                                        /

No. C-06-1295 MMC

**ORDER STRIKING PLAINTIFF'S SUPPLEMENT/CORRECTION**

By order filed October 2, 2008, the Court, after considering the moving papers and opposition thereto, granted defendants' Administrative Motion to Consider whether Cases Should be Related. Now before the Court is plaintiff's "Supplement/Correction to Response/Opposition to Defendants' Administrative Motion," filed October 2, 2008.

The Supplement/Correction is not timely filed, see Civ. L.R. 3-12, 7-11(b); Fed. R. Civ. P. 6(d), and, accordingly, said filing is hereby STRICKEN.[1]

**IT IS SO ORDERED.**

Dated: October 7, 2008

                                  MAXINE M. CHESNEY
                                  United States District Judge

---

[1] Even if the Court were to consider such filing, however, its order of October 2, 2008 would remain unchanged.