IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE MILES, | No. C-06-1295 MMC |
|     Plaintiff, | **ORDER STRIKING PLAINTIFF'S MOTION TO DISQUALIFY** |
|   v. | |
| ROYCE MAKISHIMA, et al., | |
|     Defendants. | |

Before the Court is plaintiff's "Motion to Disqualify Morgan Lewis from Representation of Client," filed October 1, 2008 in the above-titled action.

The above-titled action is closed (see Order filed September 25, 2006), and the Court has ordered that no further filings will be accepted therein (see Order filed September 29, 2008).

Accordingly, plaintiff's Motion to Disqualify is hereby STRICKEN, without prejudice to plaintiff's refiling such motion, if appropriate, in a pending action.

**IT IS SO ORDERED.**

Dated: October 7, 2008

                                            MAXINE M. CHESNEY
                                            United States District Judge