1
2
3
4
5
6
7            IN THE UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   GRACE MILES,                        No. C-06-1295 MMC
11              Plaintiff,               **ORDER STRIKING REQUEST FOR
                                         DIRECT APPEAL CERTIFICATION**
12      v.
13   ROYCE LEE MAKISHIMA, et al.,
14              Defendants.
                                    /
15

16          On October 6, 2008, plaintiff Grace Miles ("Miles") filed, in the above-titled closed

17   action, a document titled "Request for Direct Appeal Certification."  Thereafter, on October

18   9, 2008, Miles filed, in two actions pending before this Court,[1] a document titled "Corrected

19   Request for Direct Appeal Certification."

20          As Miles apparently recognizes, the relief sought does not pertain to the above-titled

21   action.

22          Accordingly, the request filed October 6, 2008 is hereby STRICKEN.[2]

23          **IT IS SO ORDERED.**

24   Dated:  October 22, 2008
                                         _____
25                                       MAXINE M. CHESNEY
                                         United States District Judge
26

27          [1]The two pending actions are: (1) Miles v. Makishima, et al., C-08-4091 MMC, and
     (2) Miles v. Makishima, et al., C-08-4375 MMC.
28
            [2]By orders filed concurrently herewith, the Court has addressed Miles's "Corrected
     Request for Direct Appeal Certification."